**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-1704**

———————————

In re:  PETER GAKUBA,

           Petitioner.


———————————

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:25-cv-00415-MJM; 1:24-cv-01573-MJM)

———————————

Submitted:  August 8, 2025                              Decided:  August 19, 2025

———————————

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Peter Gakuba, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Gakuba petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on two pending cases. He seeks an order from this court directing the district court to act and directing that his cases be assigned to a different district judge. The present record does not reveal undue delay in the district court. Accordingly, although we grant Gakuba's motion to exceed length limitations, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*